THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPHINE WILLIAMS and ADELE H. SASSEN, Appellants.

Argued March 11, 1941; decided April 17, 1941.

*Elvin N. Edwards* and *Harvey J. George* for appellants.

*Edward J. Neary, District Attorney (Philip Huntington* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.